# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Heraclio Soto-Torres,<br>a.k.a.: Victor Manuel Jimenez-Lopez,<br>(A 091 883 058)<br>*Defendant* | Case No. 16-360 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 14, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Heraclio Soto-Torres, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about January 14, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 19, 2016

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 14, 2016, Heraclio Soto-Torres was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at MCJ, Soto-Torres was examined by ICE Officer M. Paredes who determined him to be a Mexican citizen, illegally present in the United States. On the same date an immigration detainer was lodged with the MCJ. On September 17, 2016, Soto-Torres was released from the MCJ and transported to ICE custody for further investigation and processing. Soto-Torres was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Heraclio Soto-Torres to be a citizen of Mexico and a previously deported criminal alien. Soto-Torres was removed from the United States to Mexico through Nogales, Arizona, on or about January 14, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no

record of Soto-Torres in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Soto-Torres' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Heraclio Soto-Torres was convicted of Illegal Re-Entry After Deportation, a felony offense, on or about November 6, 1995, in the United States District Court, District of Arizona. Soto-Torres was sentenced to eighteen (18) months' imprisonment and thirty-six (36) months' supervised release. Soto-Torres' criminal history was matched to him by electronic fingerprint comparison.

5. On September 17, 2016, Heraclio Soto-Torres was advised of his constitutional rights. Soto-Torres freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 14, 2016, Heraclio Soto-Torres, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about January 14, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 19th day of September, 2016.

_____
Michelle H. Burns,
United States Magistrate Judge